**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jorge FELIX–RAMIREZ, Defendant—Appellant.**

**No. 05–10223.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2006.*

Filed Jan. 17, 2006.

Before: HUG, O'SCANNLAIN and SILVERMAN, Circuit Judges.

MEMORANDUM **

Jorge Felix–Ramirez appeals the sentence imposed following his guilty plea to unlawful reentry of a deported alien in violation of 8 U.S.C. § 1326. Felix–Ramirez contends that his sentence in excess of two years, based on a sentencing enhancement under 8 U.S.C. § 1326(b)(2) for a prior drug trafficking conviction, is illegal and violated his Sixth Amendment rights under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). As Felix–Ramirez acknowledges, his contention has been rejected by this court. *See United States v. Quintana–Quintana,* 383 F.3d 1052 (9th Cir.2004).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.